UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JUSTIN CARNAZ HARDEN,

    Petitioner,    Case No. 1:19-cv-509

v.            Honorable Paul L. Maloney

S.L. BURT,

    Respondent.
_____/

## **JUDGMENT**

  In accordance with the order entered this day:

  **IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to cure a deficiency.

Dated: November 6, 2019      /s/ Paul L. Maloney
                    Paul L. Maloney
                    United States District Judge